**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS (Sherman)**

**CASE NO.: 4:16-cr-176**

**UNITED STATES OF AMERICA,**
  *Plaintiff*,

-V.S.-

**BIBIANA CORREA PEREA.**
  *Defendant.*
  _____

## NOTICE OF APPEARANCE AS COUNSEL

COMES NOW, the undersigned attorney and hereby files his appearance on behalf of, BIBIANA CORREA and requests that copies of any and all pleadings, notices, correspondence or other matters pertaining to this cause be directed to him on behalf of said Defendant.

Respectfully submitted,

/s/ Joaquin Perez

_____
JOAQUIN PEREZ, ESQ.
Counsel for Defendant
6780 Coral Way
Miami, Florida 33155
Tel: (305) 261-4000
Fax: (305) 662-4067
Fl. Bar No.: 746177

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 6th day of June 2017 VIA CM/ECF filing system and to all parties of record via the same system.

/s/ *Joaquin Perez*

_____
Joaquin Perez, Esq.