Julio 2 de 2017.                                    4:16CR176-2

Honorable Juez
Marcia Crone.
Corte federal
texas.

RECEIVED JUL -6 2017 Clerk, U.S. District Court Texas Eastern

Respetuosamente me dirijo a usted con el fin de comunicarle que he decidido No continuar con los servicios del abogado Joaquin Perez, debido a que el profesional se encuentra radicado en otro estado lo que limita su atención oportuna.

En proximos dias estare comunicando a través de este mismo medio los datos de mi nuevo defensor.

Agradecida por su atención.

Bibiana Correa Perea
SO # 352593. pod: 3B cell 25-01
Collin County Detention facility.