Julio 2 de 2017

4:16-cv-176-2

Señora fiscal
Heather Rattan.
Texas.


Respetuosamente me dirijo a usted con el fin de comunicarle que he decidido No seguir contando con los servicios del Abogado JOAQUIN PEREZ, debido a que el profesional se encuentra en otro estado lo que limita su atención oportuna.

Oportunamente estaré informando a traves de este mismo medio los datos de mi nuevo defensor.

Agradecida por su atención.


Bibiana Correa Perea
So # 362593   pod: 3B   cell: 25-01
Collin County Detention facility.



**U.S. Department of Justice**
United States Attorney
Eastern District of Texas

---

101 E. Park Boulevard, Suite 500  Telephone: (972) 509-1201
Plano, Texas 75074   Fax: (972) 509-1209
http://www.justice.gov/usao/txe/

July 10, 2017

**RECEIVED**
JUL 11 2017
Clerk, U.S. District Court
Texas Eastern

U.S. Clerk's Office
Eastern District of Texas
7940 Preston Road
Plano, Texas 75024

    RE: *United States v. Bibiana Correa Perea*
          Case No. 4:16CR176

As discussed, attached please find the correspondence that we received from the above referenced defendant.

Thank you. If you need any additional information, please contact me at the number listed above.

                        Sincerely,

                        BRIT FEATHERSTON
                        ACTING UNITED STATES ATTORNEY

Enclosure