**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS (Sherman)**

**CASE NO.: 4:16-cr-176**

**UNITED STATES OF AMERICA,**
    *Plaintiff*,

-V.S.-

**BIBIANA CORREA PEREA.**
    *Defendant*.
_____

## NOTICE OF FILING AND REPORT RE STATUS

Defendant Bibiana Correa Perea, by and through the undersigned attorney submits a translation of the Defendant's letter dated July 2, 2017 and reports on the status of the case:

1. The letter states "Respectfully, I would like to advise the Court that I have decided not to continue receiving representation from Joaquin Perez as this professional is based in another state which limits his opportune attention."

In due time, I'll advise the court through this proper means information about a new attorney."

2. Since then undersigned has been in contact with defendant Correa Perea and AUSA Heather Rattan. The undersigned has reaffirmed his commitment to continue representing defendant Correa Perea.

3. Defendant Correa Perea has indicated her willingness to continue with the undersigned as her attorney. The undersigned has also discussed this

matter with defendant's husband and other family members and they are all in agreement with Ms. Correa Perea's position.

4. The undersigned would advise the court if any changes occur in the near future.

Respectfully submitted,

/s/ Joaquin Perez

_____
JOAQUIN PEREZ, ESQ.
Counsel for Defendant
6780 Coral Way
Miami, Florida 33155
Tel: (305) 261-4000
Fax: (305) 662-4067
Fl. Bar No.: 746177

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed this 11th day of June 2017 VIA CM/ECF filing system and to all parties of record via the same system.

/s/ *Joaquin Perez*
_____
Joaquin Perez, Esq.